```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ELGIN K. TURNER,                                           :
                                                           :
                                  Plaintiff,               :
                                                           :         17-CV-9168 (VSB)
                 -against-                                 :
                                                           :              ORDER
MTA METRO-NORTH COMMUTER RR,                               :
et al.,                                                    :
                                                           :
                                  Defendants.              :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/11/2018__

<u>VERNON S. BRODERICK</u>, United States District Judge:

On September 10, 2018, Defendants filed a motion to dismiss the Second Amended Complaint. (Doc. 35.) Accordingly, it is hereby:

ORDERED that Plaintiff shall serve an opposition to the motion to dismiss by October 24, 2018. Defendants' reply, if any, shall be served by November 14, 2018. At the time briefing is complete, the moving party shall supply chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: September 11, 2018
       New York, New York

_____
Vernon S. Broderick
United States District Judge