UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ELGIN K. TURNER,

                Plaintiff,                              17 **CIVIL** 9168 (VSB)

       -against-                                  **JUDGMENT**

MTA METRO-NORTH RAILROAD, BRIAN
G. PHILLIPS, KEVIN PFEIFFER, and
GEORGE D. MILLET, JR.,

                Defendants.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 19, 2024, Defendants' motion for summary judgment is GRANTED. The Title VII, § 1981, and NYSHRL claims are dismissed with prejudice. Plaintiff's NYCHRL claims are dismissed without prejudice to refiling in state court. Plaintiff is advised that the federal supplemental jurisdiction statute, 28 U.S.C. § 1367(d), "stops the clock" on the statute of limitations for any state law claims filed in federal court while the claim is pending in federal court and for 30 days after it is dismissed. Artis v. District of Columbia., 138 S. Ct. 594 (2018). Judgment is entered for Defendants and the case is closed.

**Dated:**  New York, New York

      March 19, 2024

                                                                           **RUBY J. KRAJICK**
                                                                           **Clerk of Court**

                                            **BY:**          _____
                                                                          **Deputy Clerk**